U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

OCT 10 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SHELDON HEPBURN | : | DOCKET NO. 2:07-cv-2102 |
| VS. | : | JUDGE TRIMBLE |
| WARDEN JOSEPH YOUNG | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**IT IS ORDERED** that the petition for writ of *habeas corpus* be **DENIED** and **DISMISSED** with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 10th day of October, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE